Hillsborough
No. 78-030

CITY OF MANCHESTER

v.

RONALD LAWTON & a.

February 6, 1978

*James A. Manning,* of Manchester, by brief and orally for the plaintiff.

*Cullity & Kelley,* of Manchester (*George W. Roussos* orally), for the defendant.

The city's petition to abate a nuisance, RSA 47:17 XIV, alleged to have been created by a fire-damaged building was dismissed by the Superior Court (*DiClerico*, J.) this date on motion on the ground that RSA 155-B:2 (Supp. 1975) deprived the superior court of its equity jurisdiction over the subject matter. RSA 498:1. Because of the urgency of the matter, we expedited oral argument and rule that the remedy provided by RSA 155-B:2 (Supp. 1975) provides a supplemental remedy and does not deprive the superior court of its general equity powers. RSA 155-B:14 (Supp. 1975).

The motion to dismiss should not therefore have been granted.

*Exceptions sustained; remanded.*